# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>DUSTIN SCHAUD FOX<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:17-MJ- 1106<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 13, 2016__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | Knowingly use, persuade, induce, or entice a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing or having reason to know that such visual depiction will be transported or transmitted in or affecting interstate commerce. |

This criminal complaint is based on these facts:
(See attached Affidavit)

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michelle Evans, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-12-2017

_____
*Judge's signature*

City and state: Knoxville, Tennessee

C. Clifford Shirley, Jr., United States Magistrate Judge
*Printed name and title*